**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mary Belle Harding, Gary Harding,

      Plaintiffs,                        Civil No. 07-4833 (RHK/JSM)

vs.                                   **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**

Wyeth Pharmaceuticals, Inc., Wyeth
Laboratories, Inc., Wyeth-Ayerst
Pharmaceuticals, Inc., Wyeth Pharmaceuticals,
Wyeth Ayerst International, Inc., Wyeth,
Inc., Pfizer, Inc., Pharmacia & Upjohn, Inc.,
a/k/a Pharmacia & Upjohn Company,
Greenstone Ltd.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 14, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge